478 A.2d 105

Commonwealth v. Seals, Appellant.

Submitted April 24, 1984. Vivian A. Sye Payne, for appellant; Robert B. Lawler, Assistant District Attorney, for appellee.

Before McEWEN, BECK and CERCONE, JJ.

Order denying PCHA relief is vacated and remanded for an evidentiary hearing. Jurisdiction relinquished.